**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | | |
|---|---|---|
| XR COMMUNICATIONS, LLC dba VIVATO TECHNOLOGIES, *Plaintiff*, v. T-MOBILE USA, INC., *Defendant*. | § § § § § § § § § § | Case No. 2:25-CV-00697-JRG-RSP (Lead Case) |

**ORDER**

Defendants T-Mobile USA, Inc., AT&T Services Inc., AT&T Mobility LLC, AT&T Enterprises, LLC, Verizon Communications, Inc., and Cellco Partnership d/b/a Verizon Wireless previously filed a Motion to Dismiss Pursuant to Fed. R. Civ. P. 12(b)(6). (Dkt. No. 53.) Separately, Defendant Nokia of America Corporation filed a Partial Motion to Dismiss Plaintiff's Amended Complaint for Patent Infringement Pursuant to Fed. R. Civ. P. 12(b)(6). (Dkt. No. 92.) Magistrate Judge Payne entered a Report and Recommendation (Dkt. No. 102) recommending denial of the motions. Defendants have now filed Objections. (Dkt. No. 103.)

After conducting a *de novo* review of the briefing on the Motions to Dismiss, the Report and Recommendation, and Defendants' Objections, the Court agrees with the reasoning provided within the Report and Recommendation and concludes that the Objections fail to show that the Report and Recommendation was erroneous. Consequently, the Court **OVERRULES** Defendants' Objections, **ADOPTS** the Report and Recommendation, and orders that the Motions to Dismiss (Dkt. Nos. 53, 92) are **DENIED**.

**So ORDERED and SIGNED this 29th day of September, 2026.**

RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE